UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARUD SUDARSAN, individually and on behalf
of all others similarly situated,

                     Plaintiff,

-against-

SEVENTY SEVEN ENERGY INC.,
PATTERSON-UTI ENERGY, INC., and
PYRAMID MERGER SUB, INC.,
                     Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/18
```

17 CIVIL 2342 (GBD)(GWG)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 6, 2018, Defendants' motions to dismiss the Complaint and to strike Plaintiff's Amended Complaint are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         February 7, 2018

                                          RUBY J. KRAJICK
                                             Clerk of Court
                       BY:
                                             Deputy Clerk